

35

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 13-272** |
| | : | |
| **EMMANUEL GARCIA-PONCE** | : | |

FILED
APR 2 9 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

**AND NOW**, this 29th day of April, 2015, upon consideration of the agreement of the parties and pursuant to 18 U.S.C. § 3582(c)(2), it is **ORDERED** that the term of imprisonment is reduced to 64 months, effective November 1, 2015.

_____
TIMOTHY J. SAVAGE, J.

cc: Luis A. Ortiz, Esq.
Nancy Rue, AUSA
Talia Santella, U.S. Probation
U.S. Marshal